FILED
JUN 2 2 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OSVALDO RAMIREZ-BARAZA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 09CR0793-GT <br><br> Date: June 23, 2009 <br> Time: 9:00 a.m. <br><br> ORDER TO CONTINUE <br> SENTENCING HEARING DATE |

  WHEREAS the parties have stipulated to a continuance of the hearing; and for good cause showing;

  IT IS HEREBY ORDERED that the hearing date in the above-mentioned case be continued from July 17, 2009 at 9:00 a.m.

  SO ORDERED.

Dated: 6-22-09

HONORABLE GORDON THOMPSON, JR.
United States District Court Judge